Sharon Glenn Pratt (SBN 121947)
Jefferson T. Stamp (SBN 187975)
LANAHAN & REILLEY, LLP
1901 S. Bascom Ave., Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752
E-mail: spratt@lanahan.com, jstamp@lanahan.com

**E-filed 10/4/05**

Attorneys for Plaintiff
BF&W ASSOCIATES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BF&W ASSOCIATES, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 05-02381 JF<br><br>**STIPULATION TO DROP DEFENDANT JANIECE WEBB AS A PARTY TO THIS ACTION [F.R.C.P., Rule 21]**<br><br>AND<br><br>**[PROPOSED] ORDER** |

Whereas Plaintiff BF&W has filed its First Amended Complaint without alleging any claims against Defendant Janiece Webb, all parties to this action hereby stipulate and agree that Defendant Janiece Webb should be dropped as a party to this action pursuant to Federal Rules of Civil Procedure, Rule 21.

**STIPULATED AND AGREED:**

Dated: September 22, 2005                                   Lanahan & Reilley, LLP

/s/ Jefferson T. Stamp
Jefferson T. Stamp
Attorneys for Plaintiff
BF&W ASSOCIATES

1

Stipulation to drop Defendant Janiece Webb as a party

Dated: September 22, 2005                                SHOOK, HARDY & BACON, LLP

                                                          /s/ Michael C. Osborne
                                                          Michael C. Osborne/Andrew L. Chang
                                                          Attorneys for Defendant
                                                          MOTOROLA, INC.


Dated: September 22, 2005                                SHOOK, HARDY & BACON, LLP

                                                          /s/ Michael C. Osborne
                                                          Michael C. Osborne/Andrew L. Chang
                                                          Attorneys for Defendant
                                                          JANIECE WEBB

**ORDER**

Per the stipulation and agreement of the parties, IT IS HEREBY ORDERED that Defendant Janiece Webb is hereby dropped as a party to this action pursuant to the Federal Rules of Civil Procedure, Rule 21.

Dated: 10/4/05                                           /s/electronic signature authorized
                                                          _____
                                                          Hon. Jeremy Fogel
                                                          United States District Judge

Stipulation to drop Defendant Janiece Webb as a party