Michael C. Osborne, SBN 95839
Andrew L. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA  94104
Telephone:	(415) 544-1900
Facsimile:	(415) 391-0281
E-mail:  mosborne@shb.com, achang@shb.com

\*\*E-filed 12/1/05\*\*

Attorneys for Defendant
MOTOROLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BF&W ASSOCIATES, a California general partnership<br><br>              Plaintiff,<br><br>       vs.<br><br>MOTOROLA, INC.<br><br>              Defendant. | Case No. C 05-02381 JF<br><br>**DEFENDANT'S EX PARTE APPLICATION TO CONTINUE DEADLINE TO HOLD EARLY NEUTRAL EVALUATION AND [~~PROPOSED~~] ORDER** |

Defendant hereby requests that this Court continue the December 9, 2005 deadline to hold an Early Neutral Evaluation in this action for 60 days to February 7, 2006.  Defendant filed a motion to dismiss in this action, which is currently set for hearing on January 13, 2006.  Given that Defendant's pending motion to dismiss may affect the scope of Plaintiff's claims in this action, an Early Neutral Evaluation before the hearing on this motion would be premature.  Plaintiff does not oppose a continuance of this deadline and has stipulated to the same.

/ / /

/ / /

/ / /

/ / /

/ / /

95449V1

1 | Dated: November 28, 2005            Respectfully submitted,

2 | SHOOK, HARDY & BACON L.L.P.

4 | By: ___/s/ Andrew Chang_____
5 |     MICHAEL C. OSBORNE
    ANDREW LU-YOUNG CHANG

6 | Attorneys for Defendant
    MOTOROLA, INC.

9 | SO STIPULATED.

10 | Dated: November 28, 2005            LANAHAN & REILLY, LLP

12 | By: ___/s/ Jefferson T. Stamp_____
    SHARON GLENN PRATT
13 |     JEFFERSON T. STAMP
    Attorneys for Plaintiff
14 |     BF&W Associates

## ORDER

It is hereby ordered that the deadline for the parties to complete the Early Neutral Evaluation in this action previously set for December 9, 2005 is continued to February 7, 2006.

SO ORDERED.

Date: __11/30/05_____     Jeremy Fogel /s/electronic signature authorized
                                                 United States District Judge