1  Michael C. Osborne, SBN 95839
   Andrew L. Chang, SBN 222309
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, CA  94104
   Telephone:    (415) 544-1900
4  Facsimile:     (415) 391-0281
   E-mail:  mosborne@shb.com, achang@shb.com
5
   Attorneys for Defendant
6  MOTOROLA, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  BF&W ASSOCIATES, a California general        Case No. C 05-02381 JF
    partnership
12                                               **DEFENDANT'S EX PARTE**
                                                 **APPLICATION TO MODIFY BRIEFING**
13              Plaintiff,                       **SCHEDULE REGARDING DEFENDANT'S**
                                                 **MOTION TO DISMISS PLAINTIFF'S**
14         vs.                                   **THIRD AMENDED COMPLAINT AND**
                                                 **ORDER**
14  MOTOROLA, INC.
15
                Defendant.
16

17

18         On November 7, 2005, Defendant filed a motion to dismiss in this action.  In setting the

19  hearing date for this motion, Defendant met and conferred with Plaintiff's counsel, Jeffrey T. Stamp,

20  who requested that hearing on Defendant's motion be set for January 13, 2006 because Mr. Stamp

21  stated he was unavailable during the month of December.  Pursuant to Civil L.R. 7-3, Plaintiff's

22  opposition must be filed and served by December 23, 2005 and Defendant's reply brief must be filed

23  and served by December 30, 2005.

24         Because of the hearing date requested by Mr. Stamp, Plaintiff has 46 days to prepare its

25  opposition, while Defendant has only seven days to prepare its reply brief, which seven days

26  includes the Christmas holidays.  Counsel for Defendant conferred with Mr. Stamp to determine

27  whether Plaintiff would stipulate to a modification to the briefing schedule.  Mr. Stamp refused to so

28  stipulate; however, he suggested that the hearing date on Defendant's motion to dismiss be

95678V1

1  continued.  Defendant, however, would prefer to resolve its motion to dismiss as soon as possible.

2  Therefore, continuing the hearing date on Defendant's motion to dismiss Plaintiff's Third Amended

3  Complaint is inappropriate.

4       Defendant therefore respectfully requests that this Court permit the filing of its reply brief on

5  or before January 4, 2006.  This slight modification to the briefing schedule will permit Defendant's

6  motion to be heard on January 13, 2006 and also allow the Court nine days to examine Defendant's

7  reply brief.  Further, this slight modification would not prejudice Plaintiff.

8

9  Dated:  November 29, 2005         Respectfully submitted,

10           SHOOK, HARDY & BACON L.L.P.

11

12           By: ___*/s/ Andrew Chang*_____

13           MICHAEL C. OSBORNE
         ANDREW LU-YOUNG CHANG

14
         Attorneys for Defendant

15           MOTOROLA, INC.

16

17

18           **ORDER**

19       It is hereby ordered that Defendant may file a reply brief in support of its Motion to Dismiss

20  Plaintiff's Third Amended Complaint on or before January 4, 2006.

21       SO ORDERED.

22

23  Date: ___12/9/05_____    ___s/electronic signature authorized_____

24           United States District Judge

25

26

27

28

2

95678V1