**E-filed 8/31/06**

1  Michael C. Osborne, SBN 95839
   Andrew L. Chang, SBN 222309
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, CA  94104
   Telephone:     (415) 544-1900
4  Facsimile:     (415) 391-0281
   E-mail:  mosborne@shb.com, achang@shb.com
5
   Attorneys for Defendant
6  MOTOROLA, INC.

7  Peter W. Gumaer, SBN 88510
   PRATT & ASSOCIATES
8  1901 S. Bascom Ave., Suite 350
   Campbell, CA 95008
9  Telephone:     (408) 369-0800
   Facsimile:     (408) 369-0752
10 E-mail:  pgumaer@prattattorneys.com

11 Attorneys for Plaintiff
   BF&W ASSOCIATES
12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

| BF&W ASSOCIATES, a California general partnership | Case No. C 05-02381 JF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CONTINUING DISPOSITIVE MOTION HEARING DATE AND MODIFYING EXPERT DISCOVERY DEADLINES** |
| vs. | |
| MOTOROLA, INC., | |
| Defendant. | |

107498V1

[PROPOSED] ORDER
CASE NO. C 05-02381 JF

|     |     |
| --- | --- |
| 1   | **ORDER** |
| 2   | IT IS HEREBY ORDERED, in accordance with the stipulation between the parties that the |
| 3   | dispositive motion hearing date currently set on October 13, 2006 is continued to October 20, 2006 |
| 4   | at 9:00 a.m. and that the parties must disclose expert witnesses on or before September 8, 2006, must |
| 5   | disclose rebuttal expert witnesses on or before September 22, 2006, and complete expert discovery |
| 6   | on or before October 6, 2006. |
| 8   | Dated: __8/31/06__                           _____ |
| 9   |                                                                      UNITED STATES DISTRICT JUDGE |

1