**E-filed 9/13/06**

Michael C. Osborne, SBN 95839
Andrew L. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
E-mail: mosborne@shb.com, achang@shb.com

Attorneys for Defendant
MOTOROLA, INC.

Peter W. Gumaer, SBN 88510
PRATT & ASSOCIATES
1901 S. Bascom Ave., Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752
E-mail: pgumaer@prattattorneys.com

Attorneys for Plaintiff
BF&W ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BF&W ASSOCIATES, a California general partnership<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MOTOROLA, INC.,<br><br>　　　　　Defendant. | Case No. C 05-02381 JF<br><br>**STIPULATION TO DISMISS REMAINING CAUSES OF ACTION** |

1  On May 2, 2006, this Court entered its order granting in part and denying in part Defendant Motorola, Inc.'s Motion to Dismiss Plaintiff BF&W Associates' Third Amended Complaint. The Order dismissed Plaintiff's first cause of action for Breach of Written Contract, second cause of action for Breach of Implied-in-Fact Contract, and third cause of action for Quantum Valebant/Quantum Meruit.

The parties now stipulate to the dismissal of all remaining causes of action without prejudice, including the fourth cause of action for Breach of Fiduciary Duty as an Agent, the fifth cause of action for Breach of Fiduciary Duty as a Controlling Shareholder, the sixth cause of action for Alter Ego Liability, and the seventh cause of action for Successor Liability.

IT IS SO STIPULATED.

Dated: September 8, 2006

Respectfully submitted,

PRATT & ASSOCIATES

By: *Peter W. Gumaer*
PETER W. GUMAER

Attorneys for Plaintiff
BF&W ASSOCIATES

Dated: September 1, 2006

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Michael C. Osborne*
MICHAEL C. OSBORNE
ANDREW L. CHANG

Attorneys for Defendant
MOTOROLA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 9/12/06

By: *[signature]*
UNITED STATES DISTRICT JUDGE